UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-2392-CBM-AJR | Date | September 18, 2025 |
| Title | CTS Global Supply Chain Solutions, Inc. v. Nolan Transp. Grp. LLC et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**      **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL OF DEFENDANT ARISTEO AMBRIZ**

On February 25, 2025, Plaintiff filed this action in Los Angeles Superior Court naming various defendants including Aristeo Ambriz. (Dkt. No. 1.) On March 18, 2025, this action was removed to this federal court. (*Id.*) No proof of service has been filed as to Defendant Ambriz, and Ambriz has not appeared in this action.

Fed. R. Civ. P. 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing **no later than September 26, 2025** why Defendant Aristeo Ambriz should not be dismissed from this action pursuant to Fed. R. Civ. P. 4(m) based on Plaintiff's failure to serve Ambriz within 90 days of the filing of the complaint in this action. A failure to respond to this Order to Show Cause by that date shall result in dismissal of Defendant Ambriz from this action without prejudice.

**IT IS SO ORDERED.**