UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-02392-CBM-AJR | Date | August 19, 2026 |
| Title | CTS Global Supply Chain Solutions, Inc. v. Nolan Transportation Group, LLC, et al | | |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| V.R. Valley | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 10, 2025 (Doc No. 38), plaintiff's counsel was instructed to file an application for default judgment as to defendant Aluna Transport, Inc. To date, counsel has not complied with the Court's order.

Accordingly, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and comply with court orders no later than September 2, 2026.

:

Initials of Preparer VRV